Ryan P. Atkinson (Utah Bar 10673)
Darcy M. Goddard (Utah Bar 13426)
**STRONG & HANNI, P.C.**
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
ratkinson@strongandhanni.com
dgoddard@strongandhanni.com

*Attorneys for Defendant American Family Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GAVIN DON GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>Defendant. | **STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>Case No. 1:23-cv-00088-TS<br><br>District Court Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 7(b), Plaintiff Gavin Don George and Defendant American Family Insurance, by and through their respective counsel of record, hereby stipulate and move the Court for an order dismissing this action on the merits and with prejudice.

A proposed form of order is submitted contemporaneously herewith (*see* Ex. 1).

Respectfully submitted this 5th day of November, 2024.

JOHNSON | LIVINGSTON, PLLC

/s/Blake W. Johnson
Blake W. Johnson
*Attorney for Plaintiff Gavin George*
*\*Signed with Permission*


STRONG & HANNI, P.C.

/s/ Darcy M. Goddard
Ryan P. Atkinson
Darcy M. Goddard
*Attorneys for Defendant American Family Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE** was sent by the method indicated below on the 5th day of November, 2024, to the following:

| | |
|---|---|
| Blake W. Johnson | (X) CM/ECF Filing |
| JOHNSON \| LIVINGSTON, PLLC | ( ) U. S. Mail, Postage Prepaid |
| 195 S. Orem Blvd., Suite I | ( ) Hand Delivered |
| Orem, UT 84058 | ( ) Overnight Mail |
| blake@johnsonlivingston.com | (X) Email |
| *Attorneys for Plaintiff* | |

*/s/ Lexis Stuart*